**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **ANTHONY EVANS** | § | |
| Plaintiff | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:20-cv-1057-RP** |
| | § | |
| **CITY OF AUSTIN and JOHN DOE** | § | |
| Defendant | § | |

<u>**DEFENDANT CITY OF AUSTIN'S ORIGINAL ANSWER**</u>

TO THE HONORABLE JUDGE ROBERT PITTMAN:

COMES NOW, the City of Austin and files Defendant City of Austin's Original Answer, in response to Plaintiff's Original Complaint, and respectfully shows as follows:

<u>**ANSWER**</u>

Defendant denies the allegations in Plaintiff's introductory paragraph, page 1.

**I.**
**Parties**

Defendant lacks sufficient information to admit or deny the allegation in Paragraph 1.

Defendant admits allegations in Paragraph 2.

Defendant lacks sufficient information to admit or deny the allegations in Paragraph 3.

**II.**
**Jurisdiction and Venue**

Defendant lacks sufficient information to admit or deny allegations in Paragraphs 4-6.

Defendant admits allegations in Paragraph 7.

**III.**
**Facts**

Defendant admits allegations in Paragraphs 8-9.

Defendant lacks sufficient information to admit or deny allegations in Paragraphs 10-17.

Defendant denies allegations in Paragraphs 18-38.

Defendant lacks sufficient information to admit or deny allegations in Paragraph 39.

Defendant denies allegations in Paragraphs 40-43.

Defendant lacks sufficient information to admit or deny allegations in Paragraphs 44-48.

## IV.
## Cause of Action

Defendant denies allegations in Paragraphs 49-50.

Defendant admits allegations in Paragraphs 51-54.

Defendant denies allegations in Paragraph 55-63.

Defendant admits the allegation in Paragraph 64.

## V.
## Damages

Defendant lacks sufficient information to admit or deny allegations in Paragraphs 65-66.

## VI.
## Affirmative Defenses

1.      Defendant asserts the affirmative defense of qualified/official immunity for employee actions taken in the course and scope of employment with the City of Austin.

2.      Defendant asserts the affirmative defense of governmental immunity for the City of Austin.

3.      Defendant asserts that Plaintiff failed to mitigate damages, if any.

4.      Defendant reserves the right to assert additional affirmative defenses as they become apparent.

**VII.**
**Prayer**

WHEREFORE, Defendant prays that all relief requested by Plaintiff be denied and all claims against Defendant be dismissed, and for costs, attorney's fees, and any additional relief to which it is entitled at law or equity.

                                       RESPECTFULLY SUBMITTED,

                                         ANNE L. MORGAN, CITY ATTORNEY
                                         MEGHAN L. RILEY, CHIEF, LITIGATION

                                       */s/  Chris Edwards*_____
                                         CHRIS EDWARDS
                                         Assistant City Attorney
                                         State Bar No. 00789276
                                         City of Austin-Law Department
                                         Post Office Box 1546
                                         Austin, Texas 78767-1546
                                         Telephone:  (512) 974-2419
                                         Facsimile:  (512) 974-1311
                                       Chris.edwards@austintexas.gov
                                       **ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that I served the foregoing on all parties or their attorneys of record, in compliance with the Texas Rules of Federal Procedure, this 12th day of November, 2020.

**Via CM/ECF:**
Jeff Edwards
State Bar No. 24014406
jeff@edwards-law.com
Scott Medlock
State Bar No. 24044783
scott@edwards-law.com
Mike Singley
State Bar No. 00794642
mike@edwards-law.com
David James
State Bar No. 24092572
david@edwards-law.com
EDWARDS LAW

1101 East 11th Street
Austin, Texas 78702
Telephone: 512-623-7727
Facsimile:  512-623-7729
Aaron von Flatern
State Bar No. 24076892
aaron@fvlawfirm.com
Shawn M. Frazier
State Bar No. 24090103
shawn@fvlawfirm.com
Fᴏɢᴇʟᴍᴀɴ & Vᴏɴ Fʟᴀᴛᴇʀɴ, LLP
Service: eservide@fvlawfirm.com
3101 Bee Cave Road, Suite 301
Austin, Texas 78746
Telephone: 512-956-4789
Facsimile:  512-956-9290
**ATTORNEYS FOR PLAINTIFF**

*/s/ Chris Edwards*
CHRIS EDWARDS