UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ANTHONY EVANS,<br>*Plaintiff* § § § | |
| v. § | Case No. 1:20-CV-1057-RP |
| § | |
| CITY OF AUSTIN AND JOHN DOE, § § | |
| *Defendants* | |

## ORDER

Before the Court are Non-Party Kyle Felton's Opposed Emergency Motion to Quash His Deposition and for a Protective Order and Opposed Motion for Joinder Pursuant to Rule 19, filed on July 27, 2021 (Dkt. 23), and the associated response and reply briefs. On August 5, 2021, the District Court referred the motion to the undersigned Magistrate Judge for disposition, pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. Dkt. 28. The Court held a telephonic hearing on the Motion on this same day.

As stated on the record during the hearing, the Court **GRANTS IN PART** Non-Party Kyle Felton's Motion to Quash His Deposition (Dkt. 23) to the extent that the subpoena for the deposition of Movant Kyle Felton on August 9, 2021, is hereby **QUASHED** and the deposition delayed pending further order of the Court.

**SIGNED** on August 9, 2021.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE